UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

MICHAEL CUNNINGHAM,

                    Plaintiff,

    v.                                      1:05-CV-1127

NEW YORK STATE DEPARTMENT OF LABOR;
LINDA ANGELLO, individually, and in her official
capacity for the New York State Department of
Labor; MARY HINES, individually, and in her
official capacity for the New York State
Department of Labor; PATRICIA RHODES-
HOOVER, individually, and in her official capacity
for the New York State Department of Labor,

                    Defendants.

-------------------------------------

APPEARANCES:                              OF COUNSEL:

DONOHUE, SABO, VARLEY & HUTTNER, LLP    KENNETH G. VARLEY, ESQ.
Attorneys for Plaintiff
24 Aviation Road, P.O. Box 15056
Albany, New York 12212

HON. ANDREW M. CUOMO                JAMES J. SEAMAN, ESQ.
Attorney General of the State of New York
Attorneys for Defendants
The Capital
Albany, New York 12224

DAVID N. HURD
United States District Judge

## **O R D E R**

       Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on January 29, 2008, in Utica, New York, it is hereby

       ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. The complaint is DISMISSED in its entirety.

The Clerk is directed to enter judgment dismissing the complaint in its entirety.

IT IS SO ORDERED.

United States District Judge

Dated: January 29, 2008
       Utica, New York.