UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

MICHAEL CUNNINGHAM,

                           Plaintiff,

               vs                                          1:05-CV-1127

NEW YORK STATE DEPARTMENT OF LABOR;
LINDA ANGELLO, MARY HINES, and PATRICIA
RHODES-HOOVER, Each Individually, and in
their Official Capacity for the New York State
Department of Labor,
                           Defendants.


~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:                                OF COUNSEL:

DONOHUE, SABO, VARLEY & HUTTNER, LLP   KENNETH G. VARLEY, ESQ.
Attorneys for Plaintiff
24 Aviation Road
PO Box 15056
Albany, NY 12212-5056

HON. ANDREW M. CUOMO                    JAMES J. SEAMAN, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

        The Mandate from the United States Court of Appeals for the Second Circuit was

filed in the Northern District of New York on July 14, 2009.  (Docket No. 53).

        In accordance with the summary order, it is

ORDERED that

1.  The judgment filed on January 29, 2008 (Docket No. 45) is VACATED as to the Title VII retaliation claims;

2.  The parties are directed to file and serve further memorandums of law on the Title VII retaliation claims (see footnote 3) on or before July 31, 2009; and

3.  Answering memorandums of law may be filed and served on or before August 14, 2009

There will be no further oral argument.

IT IS SO ORDERED.

Dated:   July 15, 2009
        Utica, New York.

_____
United States District Judge