UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~

MICHAEL CUNNINGHAM,

                    Plaintiff,

      vs                                            1:05-CV-1127

NEW YORK STATE DEPARTMENT OF LABOR;
LINDA ANGELLO, MARY HINES, and PATRICIA
RHODES-HOOVER, Each Individually, and in
their Official Capacity for the New York State
Department of Labor,

                      Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~

| APPEARANCES: | OF COUNSEL: |
|---|---|
| DONOHUE, SABO, VARLEY & HUTTNER, LLP<br>Attorneys for Plaintiff<br>24 Aviation Road<br>PO Box 15056<br>Albany, NY 12212-5056 | KENNETH G. VARLEY, ESQ. |
| HON. ANDREW M. CUOMO<br>Attorney General of the<br>  State of New York<br>Attorney for Defendants<br>Department of Law<br>The Capitol<br>Albany, New York 12224 | JAMES J. SEAMAN, ESQ.<br>Asst. Attorney General |

DAVID N. HURD
United States District Judge

## **AMENDED ORDER**

      1. The judgment filed on January 29, 2008, (Docket No. 45), is VACATED as to the Title VII <u>and</u> First Amendment retaliation claims;

      2. Defendants may file and serve an answering memorandum of law on the First Amendment retaliation claim (See footnote 3) on or before September 18, 2009; and

      3.  No further filings are permitted.

      IT IS SO ORDERED.

Dated:  September 2, 2009
         Utica, New York.

_____
United States District Judge